IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 618-014-13 |
| | * | |
| MONICA ISABELL JIMENEZ | * | |

O R D E R

Before the Court in the captioned case is Defendant Monica Isabell Jimenez's request to terminate her term of supervised release. On March 27, 2019, Jimenez was sentenced to serve 60 months in prison and four years of supervised release following her plea of guilty to possession with intent to distribute 50 grams or more of methamphetamine and a quantity of marihuana, a violation of 21 U.S.C. § 841.

Jimenez was released from custody on May 27, 2021, and has been under the supervision of the United States Probation Office in the Southern District of Texas. While on supervised release, Jimenez was arrested for driving while intoxicated in Fort Bend County, Texas. She only recently completed a substance abuse treatment program. While Jimenez has now served half of her supervised release term, the Court agrees with the recommendation of the United States Attorney's Office to continue Jimenez on supervised release. In consideration of the factors of 18 U.S.C.

§ 3553(a), the Court concludes that the community at large and Jimenez herself will benefit from continued supervision.

Accordingly, Jimenez's motion for early termination of supervised release (docs. 738 & 740)¹ is **DENIED** without prejudice to Jimenez to re-file at any time after May 27, 2024.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of August, 2023.

```
                        _____
                        J. RANDAL HALL, CHIEF JUDGE
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF GEORGIA
```

---

¹ Because Jimenez sent her motion to both the Savannah and Augusta offices of this district, the motion was docketed twice.

2